United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 26, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

```
------------------------------------------------------------------x
In re:                                          §   Chapter 11
                                                §
ABUNDANT LIFE CHIROPRACTIC, P.A.                §
                                                §   Case No. 24-33862 (JPN)
          Debtor (filed 08/23/2024).            §
                                                §
Employer's Tax Identification No.: 87-0747932   §
------------------------------------------------------------------x
In re:                                          §   Chapter 11
                                                §
RENEW LIFE REJUVENATION OF                      §   Case No. 24-33863 (EVR)
THE WOODLANDS, PLLC                             §
          Debtors                               §
                                                §
Employer's Tax Identification No.: 83-4557482   §
------------------------------------------------------------------x
```

### ORDER DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 SUB V CASES
### (Docket No. 1)

This matter coming before this Court upon the motion (the "Motion") filed by the above-captioned debtors (collectively, the "Debtors") for entry of an order (this "Order"), directing the procedural consolidation and joint administration of the Debtors' Chapter 11 Sub V cases, all as further described in the Motion; and upon consideration of the Declaration; and this Court having jurisdiction to consider the Motion and the relief requested therein under 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding under 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing were adequate and appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and Declaration; and this Court having determined that the legal and factual bases set forth in the Motion and Declaration establish just cause for the relief granted herein; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

1

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED, as set forth herein.

2. The above-captioned Chapter 11 Sub V cases are consolidated for procedural purposes only and shall be jointly administered under Abundant Life Chiropractic, P.A., Case No. 24-33862 (JPN) in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1.

3. All orders, pleadings, papers, and documents, except proofs of claim, lists, schedules, and statements and monthly operating reports, shall be filed and docketed in Abundant Life Chiropractic, P.A., Case No. 24-33862 (JPN) (the "Lead Case").

4. Parties in interest are directed to use the Proposed Caption, annexed hereto as Exhibit 1, which satisfies the requirements of section 342(c) of the Bankruptcy Code, when filing all pleadings, papers, and documents, except proofs of claim, schedules, and statements, with the Court in the Debtors' Chapter 11 Sub V cases, indicating that the pleading relates to the jointly administered chapter 11 cases of "In re: Abundant Life Chiropractic, P.A., *et al.*"

5. All proofs of claim, schedules, and statements shall be filed and docketed under the case number representing the estate in which the claim, list, schedule, or statements is made, and a creditor of more than one estate shall file and docket a proof of claim in each case to which a claim may be made, and only in the amount which the creditor may make a claim from that estate.

6. The Debtors shall serve a copy of this Order on the U.S. Trustee, all creditors, persons filing Notices of Appearance, and other parties-in-interest, and shall file a certificate of service with the Clerk of Court after completing service within one (1) business day of entry of this order.

7. An entry shall be made on the docket in the Chapter 11 Sub V case of Renew Life Rejuvenation of The Woodlands, PLLC, Case. No. 24-33863 (EVR), substantially stating as follows:

> An order has been entered in this case in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of Texas directing joint administration of the following Chapter 11 Sub V cases for procedural purposes only: Abundant Life Chiropractic, P.A., Case No. 24-33862 (JPN); Renew Life Rejuvenation of The Woodlands, PLLC, Case. No. 24-33863 (EVR);  The docket in Case No. 24-33862 (JPN) should be consulted for all matters affecting this case.

8. If pleadings, papers, and documents have been filed in any of the above-captioned cases other than the Lead Case prior to the entry of this Order, and those matters have not yet been heard and decided, the party who filed the pleading, paper, or document shall (i) re-file that pleading, paper, or document in the Lead Case within three business days of the entry of this Order, (ii) set the pleading, paper, or document for hearing before the Judge assigned to the Lead Case, and (iii) notice the hearing to all appropriate parties.

9. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effectuating a substantive consolidation of the Debtors of their estates.

10. The Clerk shall file a copy of this Order in the Lead Case and each of the member cases.

11. The Debtors are hereby authorized to take all actions necessary to effectuate the relief granted in this Order.

12. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

13. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Signed: August 26, 2024

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

SUBMITTED BY:

THE LANE LAW FIRM, PLLC

*/s/Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
Joshua D. Gordon
State Bar No 24091592
Joshua.gordon@lanelaw.com
A. Zachary Casas
State Bar No. 24097469
 zach.casas@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
PROPOSED COUNSEL FOR DEBTORS

**Exhibit 1**

**Proposed Caption**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ABUNDANT LIFE CHIROPRACTIC, P.A., *et al.*,[1] | § | Case No. 24-33862 (JPN) |
| | § | |
| | § | (Jointly Administered) |
| Debtors. | | |

---

[1] The Debtors in these Chapter 11 Sub V cases, along with the last four digits of each Debtor's federal tax identification number or SSN numbers, are: ABUNDANT LIFE CHIROPRACTIC, P.A. (7932); Renew Life Rejuvenation of The Woodlands, PLLC (7482). The mailing address for the Debtors listed above is 3000 Research Forest, Suite 150, Spring, TX 77381.