IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| RENEW LIFE REJUVENATION OF THE WOODLANDS, PLLC, | § § | |
| | § | |
| | § | BANKRUPTCY CASE NO. 24-33863 |
| | § | |
| DEBTORS | § | (JOINTLY ADMINISTERED) |

## STATEMENT OF OPERATIONS

# Renew Life Rejuvenation of The Woodlands PLLC

Profit and Loss

January - July, 2024

Income

**Total Income**

GROSS PROFIT

Expenses

**Total Expenses**

NET OPERATING INCOME

NET INCOME